IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | No. 6:15-CR-67 |
| CAROL DANIEL RUSHTON | | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### Count One

> Violation: 31 U.S.C. § 5324(a)
> (Structuring and Assisting in Structuring Transactions with a Domestic Financial Institution)

On or about March 8, 2012, in the Eastern District of Texas, the defendant, **Carol Daniel Rushton**, did knowingly and for the purposes of evading the reporting requirements of 31 U.S.C. § 5313(a), and the regulations promulgated thereunder, structure, or assist in structuring, a transaction, to-wit: a $9,500.00 debit from a customer's checking account at Regions bank, a domestic financial institution, to facilitate and execute a cash withdrawal from said institution, in violation of 31 U.S.C. § 5324(a).

JOHN M. BALES
UNITED STATES ATTORNEY

_____
JIM NOBLE
Assistant United States Attorney
Texas State Bar No. 15050100
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 (facsimile)
James.Noble@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | No. 6:15-CR-67 |
| | § | |
| CAROL DANIEL RUSHTON | § § | |

## NOTICE OF PENALTY

### Count One

Violation: 31 U.S.C. § 5324(a)(3) and (d)(1)
Structuring Financial Transactions)

Penalty: Imprisonment for not more than 5 years; a fine of not more than $250,000; a term of supervised release of not more than 3 years.

Special Assessment: $100.00