UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
_Tyler_ DIVISION
APPLICATION TO APPEAR PRO HAC VICE

**APPROVED**
By Petoria Bell at 7:43 am, Nov 17, 2015

1. This application is being made for the following: Case # _6:15cr67_

Style/Parties: _United States of American versus Carol D. Rushton_

2. Applicant is representing the following party/ies: _Carol D. Rushton_

3. Applicant was admitted to practice in _Louisiana_ (state) on _10/01/1976_ (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant ○has ●has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant ○has ●has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant ○has ●has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses and misdemeanor offenses committed prior to age 18. **(See Page 3)**

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
_U. S. Supreme Court; U.S. Fifth Circuit Court of Appeals; La. Supreme Court; all other La. Courts_

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, _Ansel Martin Stroud, III_ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date _11/16/2015_    Signature _/s/ A. M. Stroud, III_    (/s/Signature)

**Application Continued on Page 2**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print): Ansel Martin Stroud, III
Bar Number /State: 12548 LA
Firm Name: Barham Warner Stroud Carmouche, L.L.C.
Address/P.O. Box: 920 Pierremont Road, Suite 412
City/State/Zip: Shreveport, LA 71106
Telephone #: 318-865-0081
Fax #: 318-865-2009
E-mail Address: stroud@barhamandwarner.com
Secondary E-Mail Address: warner@barhamandwarner.com

This application has been approved for the court on: **11/17/15**

David A. O'Toole, Clerk
U.S. District Court, Eastern District of Texas

By *Petoria Bell*
Deputy Clerk

Application Instructions
Complete page 1 and 2 of this Application and Email to phv@txed.uscourts.gov for approval. Once approved, the clerk will email to you your new Login and Password so that you will be able to electronically file your application and pay the $100 fee on line. If you already have a login and password, you will still need to wait for approval email from the clerk before filing your electronic application. For Complete Instructions please visit the website http://www.txed.uscourts.gov/

**Email Application**

This may be used to answer question 9.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses and misdemeanor offenses committed prior to age 18.

9. Illegal possession of alcohol when I was twenty years old. Paid fine. Offense occurred while I was a student at St. Louis University, St. Louis, Missouri.

10. Self-reported a potential violation of the Louisiana Code of Professional Responsibility for a matter occurring in a capital trial, State of Louisiana v. Ford, which was tried in Shreveport, Louisiana in December 1984. Specifically, I felt I had not done enough to investigate the potential of exculpatory evidence. Ford was exonerated in 2014 after spending 30 years on death row. As the lead prosecutor, I felt my omission was a contributing factor to the guilty verdict. The matter is pending before the Louisiana Office of Disciplinary Counsel.